IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:02-CR-11-1H
No. 5:16-CV-583-H

TIMOTHY LEOTIS MCCRAY,        )
                             )
        Petitioner,          )
                             )
                             )
    v.                       )        **ORDER**
                             )
                             )
UNITED STATES OF AMERICA,    )
                             )
        Respondent.          )


This matter is before the court on respondent's motion for a briefing schedule and on petitioner's motion for an extension of time to file a reply. For good cause shown, the motions are granted. The court finds respondent's response of April 17, 2017, [DE #68] timely filed. Petitioner is granted an extension, up to and including May 25, 2017, to file a reply.

This ___2nd___ day of May 2017.

Malcolm J. Howard
MALCOLM J. HOWARD
United States District Judge

At Greenville, NC
#26